UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE ) <br> 900 Pennsylvania Avenue S.E. ) <br> Washington, D.C. 20003, ) <br> ) <br> and ) <br> ) <br> FARM SANCTUARY ) <br> 3100 Aikens Road ) <br> Watkins Glen, NY 14891 ) <br> ) <br>       Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE ) <br> 1400 Independence Ave. S.W. ) <br> Washington, D.C. 20250, ) <br> ) <br> FOOD SAFETY AND INSPECTION ) <br> SERVICE ) <br> 1400 Independence Ave. S.W. ) <br> Washington, D.C. 20250 ) | Civil Action No. 6:18-cv-06626 |

## **[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

Having reviewed Plaintiffs' Motion for an extension of time regarding the briefing of Defendants' Motion to Dismiss, and for good cause show, Plaintiffs' Motion is GRANTED. The response and reply briefs regarding the Motion to Dismiss will be due as follows:

- Plaintiffs' response brief due by Friday, November 16, 2018.

- Defendants' reply brief due by Monday, December 31, 2018.

_____                                                                   _____
DATE                                                                                   Hon. Michael A. Telesca
                                                                                          United States District Judge