UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANIMAL WELFARE INSTITUTE
and FARM SANCTUARY

        Plaintiffs                    18-CV-6626

vs.

UNITED STATES DEPARTMENT
OF AGRICULTURE and FOOD SAFETY
AND INSPECTION SERVICE

        Defendants

---

## [PROPOSED] ORDER

Having reviewed the parties' stipulation of dismissal, this case is hereby dismissed with prejudice. Pursuant to the terms of the parties' Settlement Agreement, which is incorporated by reference into this Order, the Court will retain jurisdiction to enforce the Settlement Agreement for a period of three (3) years.

IT IS SO ORDERED.

                                      *s/Marian W. Payson*
                                      Hon. Marian W. Payson
                                      United States Magistrate Judge

                                      Dated:  January 3, 2022